# IN THE SUPREME COURT OF MISSISSIPPI

## NO. 2014-CT-01457-SCT

*AUNDREA ROBINSON*

*v.*

*MARTIN FOOD STORES, INC. d/b/a*
*SUNFLOWER FOOD STORES OF MAGNOLIA*

### ON WRIT OF CERTIORARI

| | |
|---|---|
| DATE OF JUDGMENT: | 09/09/2014 |
| TRIAL JUDGE: | HON. DAVID H. STRONG, JR. |
| TRIAL COURT ATTORNEYS: | EMILY H. BURCH |
| | WILLIAM L. MORTON, III |
| COURT FROM WHICH APPEALED: | PIKE COUNTY CIRCUIT COURT |
| ATTORNEYS FOR APPELLANT: | DAVID NEIL McCARTY |
| | JONATHAN C. TABOR |
| | LEIGH-ANN TABOR |
| | EMILY H. BURCH |
| ATTORNEYS FOR APPELLEE: | STEVEN C. COOKSTON |
| | PATRICK M. TATUM |
| | WILLIAM L. MORTON, III |
| NATURE OF THE CASE: | CIVIL - PERSONAL INJURY |
| DISPOSITION: | AFFIRMED - 10/12/2017 |
| MOTION FOR REHEARING FILED: | |
| MANDATE ISSUED: | |

**EN BANC.**

**PER CURIAM.**

¶1.    The judgment of the Court of Appeals is affirmed by an equally divided Court.

¶2.    **AFFIRMED.**

**WALLER, C.J., RANDOLPH AND KITCHENS, P.JJ., KING, COLEMAN, MAXWELL, BEAM AND CHAMBERLIN, JJ., CONCUR.  ISHEE, J., NOT PARTICIPATING.**